## CORBIN PALMER v. COMMONWEALTH OF KENTUCKY.

Court of Appeals of Kentucky.

(Decided Dec. 15, 1936.)

HENRY S. McGUIRE for movant.

B. M. VINCENT, Attorney General, and W. OWEN KELLER, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

## SAMS v. PERKINS.

Court of Appeals of Kentucky.

(Decided Dec. 15, 1936.)

E. SELBY WIGGINS and S. H. THORPE for movant.

G. MURRAY SMITH, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

## CHAPELLE v. RANSDELL.

Court of Appeals of Kentucky.

(Decided Jan. 19, 1937.)

R. W. KEENON for appellant.

C. E. RANKIN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.